Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of NELLIE HOWLAND, Widow of OLAF HOWLAND, Deceased, Respondent, v. COMPAGNIE GENERALE TRANSATLANTIQUE, Employer and Self-Insurer, Appellant.— Motion denied.

BERT R. MITCHELL, Respondent, v. FOREST CITY PRINTING COMPANY, Appellant.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of BENTON TEN BROECK, Claimant, Respondent, v. NEW-BURGH IRON AND METAL COMPANY, Employer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CHARLES H. WOOD, Respondent, for Compensation under the Workmen's Compensation Law, Respondent, v. JAMESTOWN, WEST-FIELD AND NORTHWESTERN RAILWAY COMPANY, Employer, and the TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award reversed and claim dismissed on authority of *Matter of McInerney* v. *B. & S. R. R. Corporation* (225 N. Y. 130). All concurred.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of Mrs. SOPHIE GREGORKIEWICZ, Respondent, for Compensation, for Herself and Daughter on Account of the Death of JOHN GREG-ORKIEWICZ, v. NATIONAL BISCUIT COMPANY, Employer, and EMPLOYERS LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants. — Award unanimously affirmed.

WILLIAM D. NEELY and ALICE L. NEELY, Respondents, v. PERRY R. BENNETT, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

JAMES T. O'REILLY, as Receiver of the Property of JAMES MCCORD, Plaintiff, v. GEORGE R. ADAMS and Others, Defendants. WILLARD M. ADAMS and Others, Appellants; THE RONDOUT SAVINGS BANK, Respondent. — Order unanimously affirmed, with ten dollars costs and disbursements.

EDMOND T. O'NEIL, Respondent, v. WILFRED RAMSAY and Others, Appellants, Impleaded with Others.— Interlocutory judgment affirmed, with costs. All concurred, except H. T. Kellogg, J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PUBLIC SERVICE COMMISSION, SECOND DISTRICT, Respondent, v. WESTERN UNION TELE-GRAPH COMPANY, Appellant.— Judgment reversed and proceeding dismissed upon the authority of *Dakota Central Telephone Co.* v. *South Dakota* (250 U. S. 163 [June 2, 1919]), without costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PUBLIC SERVICE COMMISSION, SECOND DISTRICT, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment reversed and proceeding dismissed upon the authority of *Dakota Central Telephone Co.* v. *South Dakota* (250 U. S. 163 [June 2, 1919]), without costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARWAY IMPROVE-MENT COMPANY, Relator, v. THE STATE TAX DEPARTMENT OF THE STATE OF NEW YORK, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements.